UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON N. DAILEY, | No. 2:23-cv-0786 KJN P |
| Plaintiff, | |
| v. | ORDER |
| JOHN B. ELLIS, et al., | |
| Defendants. | |

      Plaintiff is a former county jail inmate, proceeding pro se and in forma pauperis. On January 12, 2024, the undersigned recommended that this action be dismissed based on plaintiff's failure to file an amended complaint as required by the December 6, 2023 order. On January 12, 2024, plaintiff filed a notice that she has had multiple medical procedures with extensive rehabilitation requirements, and also filed a notice of change of address. In light of such filings, the findings and recommendations are vacated, and plaintiff is granted an extension of time to file an amended complaint.

      Good cause appearing therefore, IT IS HEREBY ORDERED that:

      1. The January 12, 2024 findings and recommendations (ECF No. 8) are vacated;

      2. Plaintiff is granted thirty days from the date of this order to file an amended complaint; and

////

3. The failure to file an amended complaint within the extended deadline will result in a recommendation that this action be dismissed.

Dated: January 23, 2024

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

dail0786.vac.36