1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    SHARON N. DAILEY,                          No.  2:23-cv-0786 TLN CSK P

12                    Plaintiff,

13         v.                                     FINDINGS AND RECOMMENDATIONS

14    JOHN B. ELLIS, et al.,

15                    Defendants.

16

17         Plaintiff is a former county jail inmate proceeding pro se.  By order filed July 8, 2024,

18   plaintiff's first amended complaint was dismissed, and sixty days leave to file a second amended

19   complaint was granted.  (ECF No. 18.)  Plaintiff failed to file a second amended complaint.  Sixty

20   days have passed, and plaintiff has not filed a second amended complaint or otherwise responded

21   to the Court's order.

22         Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without

23   prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

24         These findings and recommendations are submitted to the United States District Judge

25   assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

26   after being served with these findings and recommendations, plaintiff may file written objections

27   with the court.  The document should be captioned "Objections to Magistrate Judge's Findings

28   and Recommendations."  Plaintiff is advised that failure to file objections within the specified

1

time waives the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  September 13, 2024

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

/1/dail0786.fta2

2