UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARON N. DAILEY, | No. 2:23-cv-0786 TLN CSK P |
| Plaintiff, | |
| v. | ORDER |
| JOHN B. ELLIS, et al., | |
| Defendants. | |

Plaintiff is a former county jail inmate proceeding pro se. On September 13, 2024, the Court recommended that this action be dismissed based on plaintiff's failure to file a second amended complaint as required. (ECF No. 19.) On September 19, 2024, plaintiff filed objections, claiming that she filed a notice of amendment in her subsequently filed case, Dailey v. Solano County Sheriff, No. 2:23-cv-0788 TLN CKD P (E.D. Cal.), and appended a copy of the second amended complaint to her objections. (ECF No. 20.) Plaintiff claimed she did so because "every other defendant named in the order was in [her other] case," and "[t]o rid the courts of undue burden." (ECF No. 20 at 1.) Plaintiff asked the Court to vacate No. 2:23-cv-0786 TLN CSK P, and adopt instead her subsequent case, No. 2:23-cv-0788 TLN CKD P. (ECF No. 20 at 21.)

Plaintiff previously asked the Court to consolidate this action with her subsequently filed action, No. 2-23-cv-0788 TLN CKD P, but the Court denied plaintiff's request. (ECF No. 18 at

1

12.)  By order filed July 8, 2024, plaintiff was required to file her second amended complaint in this action, No. 2:23-cv-0786 TLN CSK P.  Although plaintiff filed her proposed second amended complaint in the wrong case, the Court will vacate the findings and recommendations, direct the Clerk to file the proposed second amended complaint in this action, and will separately screen the second amended complaint.  However, plaintiff is cautioned that failure to comply with court orders in the future may result in the imposition of sanctions.

     Accordingly, IT IS HEREBY ORDERED that:

1. The September 13, 2024 findings and recommendations (ECF No. 19) are vacated.
2. The Clerk of the Court is directed to file plaintiff's second amended complaint appended to her objections in Dailey v. Solano County Sheriff, No. 2:23-cv-0788 TLN CKD P (ECF No. 20 at 6-20) in the instant action, No. 2:23-cv-0786 TLN CSK P, and docket them as plaintiff's second amended complaint.

Dated:  October 18, 2024

                                            CHI SOO KIM
                                            UNITED STATES MAGISTRATE JUDGE

/1/dail0786.vac