UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SHARON N. DAILEY,

        Plaintiff,

  v.

JOHN B. ELLIS, et al.,

        Defendants.

No. 2:23-cv-0786 TLN CSK P

ORDER

Plaintiff Sharon N. Dailey ("Plaintiff"), proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On February 18, 2025, the magistrate judge filed findings and recommendations which were served on plaintiff and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. This deadline has passed, and Plaintiff has not filed any objections.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by

the record and by the proper analysis.

      Accordingly, IT IS HEREBY ORDERED that:

      1. The findings and recommendations (ECF No. 23) are ADOPTED in full; and

      2. This action is DISMISSED for failure to prosecute.

Date: March 28, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE